No. 522. AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, ET AL. v. AAXICO AIRLINES, INC., *ante*, p. 933;

No. 125, Misc. AVELLINO v. UNITED STATES, *ante*, p. 922;

No. 328, Misc. BATEMAN v. RHAY, PENITENTIARY SUPERINTENDENT, *ante*, p. 916;

No. 362, Misc. HARRIS v. TURNER ET AL., *ante*, p. 907;

No. 367, Misc. ENGLING v. CROUSE, WARDEN, *ante*, p. 907;

No. 422, Misc. BRADFORD v. NASH, WARDEN, *ante*, p. 924;

No. 463, Misc. SPIRES v. BOTTORFF, *ante*, p. 938; and

No. 488, Misc. GEGENFURTNER v. SCHMIDT, DIRECTOR, WISCONSIN DEPARTMENT OF PUBLIC WELFARE, ET AL., *ante*, p. 939. Petitions for rehearing denied.

No. 17, Original. NEBRASKA v. IOWA, *ante*, p. 911. Motion of Roy M. Harrop for reconsideration of the denial of the motion for leave to intervene denied.

No. 20. BRULOTTE ET AL. v. THYS CO., *ante*, p. 29. Petition of petitioner for rehearing and clarification of opinion denied. Petition of respondent for rehearing denied.

No. 55. INDEPENDENT PETROLEUM WORKERS OF AMERICA, INC. v. AMERICAN OIL CO., *ante*, p. 130. Petition for rehearing denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition.

No. 157. AMERICAN EXPORT LINES, INC. v. AMMAR, *ante*, p. 824. Motion to substitute Gloria Dawn Ammar, as Administratrix of the Estate of Howard Ali Ammar, deceased, in the place of Howard Ali Ammar granted. Motion for leave to file supplement to petition for rehearing granted. Petition for rehearing denied.